OPINIONS PER CURIAM, ETC., FROM OCTOBER 13, 1902, TO JANUARY 18, 1903.

No. 55. GEORGE TSUKAMOTO, APPELLANT, *v.* JOHN LACKMANN ET AL. Appeal from the Circuit Court of the United States for the Northern District of California. Submitted October 16, 1902. Decided October 20, 1902. *Per Curiam.* Final order affirmed with costs, on the authority of *Minnesota* v. *Brundage*, 180 U. S. 499; *Markuson* v. *Boucher*, 175 U. S. 184, and cases cited. *Mr. James G. Maguire* for the appellant. *Mr. Thomas D. Riordan* for the appellees.

No. 255. WILLIAM B. BROWN, APPELLANT, *v.* JOHN H. DRAIN, STREET SUPERINTENDENT, ETC., ET AL. Appeal from the Circuit Court of the United States for the Southern District of California. Motions to dismiss or affirm submitted October 14, 1902. Decided October 20, 1902. *Per Curiam.* Decree affirmed with costs, on the authority of *Spies* v. *Illinois*, 123 U. S. 131; *Richardson* v. *Railroad Company*, 169 U. S. 128; *Walston* v. *Nevin*, 128 U. S. 578; *Fallbrook Irrigation District* v. *Bradley*, 164 U. S. 112; *French* v. *Asphalt Company*, 181 U. S. 324; *King* v. *Portland*, 184 U. S. 61. (Mr. Justice Harlan took no part in the disposition of this case.) *Mr. Joseph H. Call* for the appellant. *Mr. Albert H. Crutcher* for the appellees.

No. 349. BANK OF IRON GATE, PLAINTIFF IN ERROR, *v.* MAGGIE A. BRADY, EXECUTRIX, ETC. In error to the Circuit Court of the United States for the Eastern District of Virginia. Submitted October 14, 1902. Decided October 20, 1902. *Per Curiam.* Judgment affirmed with costs, on the authority of *Veazie Bank* v. *Fenno*, 8 Wall. 533. *Mr. William L. Royall* for the plaintiff in error. *Mr. Solicitor General Richards* for the defendant in error.